

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTOPHER MICHAEL KACZMAREK,

Defendant.
_____/



Violations:
18 U.S.C. § 922(g)(1)

Case:1:21-cr-20155
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 03-03-2021 At 04:55 PM
INDI USA v. CHRISTOPHER MICHAEL KACZMAREK (JO)

**INDICTMENT**

THE GRAND JURY CHARGES:

### COUNT ONE
### Felon in Possession of a Firearm
### 18 U.S.C. § 922(g)(1)

On or about December 4, 2020, in the Eastern District of Michigan, Christopher Michael Kaczmarek, knowing he had been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, an Anderson AM-15, .223 caliber, semi-automatic rifle, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

As a result of the foregoing violation of 18 U.S.C. § 922(g), as charged in Count One of this Indictment, the defendant shall forfeit to the United States any firearm or ammunition involved in or used in any knowing violation of section 922(g).

Dated: March 3, 2021

SAIMA S. MOSHIN
Acting United States Attorney

ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

THIS IS A TRUE BILL.

s/GRAND JURY FOREPERSON

s/WILLIAM J. VAILLENCOURT JR.
WILLIAM J. VAILLIENCOURT JR.
Assistant United States Attorney
P-39115
101 First St. Ste. 200
Bay City, MI 48708
Phone: (989) 895-5712
Email: William.vailliencourt@usdoj.gov